# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-69-GF-BMM |
| Plaintiff, | |
| vs. | ORDER |
| LLOYD THOMAS RIDER, III., | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Order Adopting Findings and Recommendations and Judgment (Docs. 79 and 80) dated October 7, 2019 are withdrawn and stricken from the record.

DATED this 7th day of October, 2019.

Brian Morris
United States District Court Judge